IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 16-00020-01-CR-W-HFS |
| ) | |
| CHARLES E. FRANCIS, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

On September 20, 2018, a competency hearing was held regarding defendant's ability to properly assist counsel in his defense. After making an independent review of the record and the applicable law, Magistrate Judge Lajuana M. Counts determined that based on the findings of the Forensic Report authored by Dr. Szyhowski (Doc. 26), defendant does not appear to be suffering from a severe mental disease or defect that has impacted his ability to understand the legal proceedings and to properly assist his counsel.

To-date, no objections to the Report and Recommendation have been filed, and the time in which to do so has expired.

Accordingly, it is hereby

ORDERED that the findings and conclusions in the REPORT AND RECOMMENDATION (Doc. 34) are ADOPTED by the undersigned.

SO ORDERED

/s/Howard F. Sachs

HOWARD F. SACHS
UNITED STATES DISTRICT JUDGE

Dated: October 26, 2018
Kansas City, Missouri